358 A.2d 71
Commonwealth v. Kemp, Appellant.

Argued April 16, 1976.
Simon B. John, Assistant Public Defender, for appellant;
William A. Tautlinger, Assistant District Attorney, with
him Conrad B. Capuzzi, District Attorney, for Common-
wealth, appellee.

Judgment of sentence affirmed.

358 A.2d 73
Commonwealth v. Kitis, Appellant.

Argued
April 16, 1976. John R. DeAngelis, for appellant; Con-
rad B. Capuzzi, District Attorney, for Commonwealth,
appellee.

OPINION PER CURIAM: This case is remanded to
the trial court to allow appellant to file a motion to with-
draw his guilty plea *nunc pro tunc*. See *Commonwealth
v. Roberis*, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975);
*Commonwealth v. Zakrzewski*, 460 Pa. 528, 333 A.2d 898
(1975).